IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MAJOR ANTHONY CLARK, | ) |
| Plaintiff, | ) |
| v. | ) CV 323-104 |
| ANDREW MCFARLENE, Telfair S.P. Warden; LT. GRIFFIN; CERT WRIGHT; and CERT RIVERA, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this ____ day of March, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE