AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MAJOR ANTHONY CLARK,

        Plaintiff,

V.

ANDREW MCFARLENE, Telfair S.P. Warden;
LT. GRIFFIN; CERT WRIGHT; CERT RIVERA,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV323-104

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 1, 2024 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's amended complaint is dismissed without prejudice for failure to exhaust administrative remedies. This case stands closed.

3/1/2024
Date

John E. Triplett, Clerk of Court
Clerk



(By) Deputy Clerk

GAS Rev 10/2020