AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MAJOR ANTHONY CLARK

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:23CV-104

ANDREW MCFARLENE, Telfair S.P. Warden;
LT. GRIFFIN; CERT WRIGHT; CERT RIVERA

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated March 25, 2024, the Report and Recommendation of the U.S. Magistrate Judge is adopted as the opinion of this Court. Plaintiff's amended complaint is dismissed without prejudice for failure to exhaust administrative remedies. The case stands closed.

Approved by: _____

March 25, 2024
Date

John E. Triplett, Acting Clerk
Clerk

_(signature)_
(By) Deputy Clerk

GAS Rev 10/2020