IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MAJOR ANTHONY CLARK,

    Plaintiff- Appellant,

v.

TELFAIR SP WARDEN, et al.,

    Defendants - Appellees.

CASE NO. 3:23-cv-104

Appeal No. 24-11761-A

## ORDER

The appeal in the above-styled action having been dismissed for lack of jurisdiction by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this 2nd day of August, 2024.

_____
HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA